**Electronically Filed
Supreme Court
SCWC-30499
22-AUG-2011
12:22 PM**

SCWC-30499

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I ,
Respondent/Plaintiff-Appellee,

vs.

JEFFERSON JOSEPH SCOTT,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 09-1-393K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

The Application for Writ of Certiorari filed on July 14, 2011 by Jefferson Joseph Scott, Petitioner/Defendant-Appellant, is hereby rejected.

DATED: Honolulu, Hawai'i, August 22, 2011.

Karen Nakasone, Deputy Public Defender, for petitioner/defendant-appellant on the application

FOR THE COURT:

/S/ Sabrina S. McKenna

Associate Justice



---

[1]    Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna JJ.